No. 98–570. BANK OF CHINA v. VOEST-ALPINE TRADING USA CORP. C. A. 5th Cir. Certiorari denied. 

No. 98–571. CARTER, ADMINISTRATRIX OF THE ESTATE OF BRAUD, DECEASED, ET AL. v. FENNER ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–572. HORWATH ASSOCIATES v. CITY OF EAST PALO ALTO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–575. BESTELMEYER v. HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–582. GOTTFRIED v. MEDICAL PLANNING SERVICES, INC., ET AL. C. A. 6th Cir. Certiorari denied. 

No. 98–585. KRUMME ET AL. v. WESTPOINT STEVENS INC., FKA WESTPOINT-PEPPERELL, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 98–586. KEITH v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 98–595. MT. HOPE ASPHALT CORP. ET AL. v. ZAGATA, COMMISSIONER, NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. 

No. 98–616. BARBER v. WELCH. Ct. Civ. App. Ala. Certiorari denied. 

No. 98–618. McCLELLAN FEDERAL CREDIT UNION v. PARKER. C. A. 9th Cir. Certiorari denied. 

No. 98–619. JONAS v. BRIGGS, EXECUTRIX OF THE ESTATE OF MOREY, DECEASED. Sup. Ct. N. H. Certiorari denied.

No. 98–621. IN RE LENTINO. C. A. 5th Cir. Certiorari denied.

No. 98–624. GLASER v. CITY OF SAN DIEGO. C. A. 9th Cir. Certiorari denied.